EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Freddie M. Díaz Maldonado | 2010 TSPR 32<br><br>178 DPR _____ |

Número del Caso: TS-2909


Fecha: 8 de marzo de 2010


Abogado de la Parte Peticionaria:

            Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Freddie M. Díaz Maldonado

2909

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de marzo de 2010.

Examinada la Solicitud de Baja Voluntaria presentada por el Lcdo. Freddie M. Díaz Maldonado se autoriza la baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo